IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP D. WHITLOCK,** *et al.***,**  )  <br> Plaintiffs,  ) <br> ) <br> vs.  ) <br> ) <br> **NEWREZ LLC, d/b/a SHELLPOINT**  ) <br> **MORTGAGE SERVICING,** *et al.,*  ) <br> Defendants.  ) | Civil Action No. 26-00052-KD-N |

**ORDER**

This action is before the Court on the Joint Motion to Extend Deadlines for Defendants to Respond to the Complaint and Plaintiffs to Move to Remand (doc. 7).

Upon consideration, the Motion to extend the time to answer or otherwise respond is GRANTED and the Defendants' deadline is extended to **March 4, 2026**.

Upon consideration, the Motion to extend the time to file a motion to remand "as it relates to subject matter jurisdiction" (doc. 7, p. 2) is MOOT.  A motion to remand based on lack of subject matter jurisdiction is not subject to the 30-day period.  See 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a).") However, to the extent Plaintiffs move for leave to extend the time to file a motion to remand "on the basis of any defect other than lack of subject matter jurisdiction" (Id.), the Motion is GRANTED and the deadline is extended to **March 27, 2026.** See Tyson v. Miller, No. 11-00660-KD-N, 2012 WL 1994855, at *5 (S.D. Ala. May 8, 2012), report and recommendation adopted, No. 11-00660-KD-N, 2012 WL 1994874 (S.D. Ala. June 4, 2012) (finding that the district court had authority to extend the time for plaintiffs to file a motion to remand).

**DONE** and **ORDERED** this 18th day of February 2026.

> s / Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**